Argued February 28, affirmed February 28, 1973

STATE OF OREGON, *Respondent, v.* JOSEPH
RAMIREZ (No. C-71-02-0580 Cr), *Appellant.*

506 P2d 730

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.